**IN THE UNITED STATES DISTRICT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RONNIE JOE WHITE,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION 05-0197-WS-L** |
| | ) | |
| **WARDEN A. HOLT,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER**

This matter is before the court on petitioner's untitled document, filed May 31, 2005.  (Doc. 8)
[1]  The document, which is for the most part unintelligible, states in part: "[i]f the state neglected duty of refute petitioner justice of the authority shall granted released see Floyd v. State of Alabama."  (Id.)  To the extent petitioner contends that the state has failed to respond to his petition and he now seeks an order from the court to this effect, the motion is moot.  The docket sheet reflects that the state filed a response to the petition on May 25, 2005.  (See  Doc. 7)  Accordingly, petitioner's motion is **DENIED.**

**THE CLERK IS DIRECTED TO SEND THE PETITIONER A COPY OF THE DOCKET SHEET.**

**DONE and ORDERED** this 6th day of June, 2005.

/s/ Kristi D. Lee
**KRISTI D. LEE**
**UNITED STATES MAGISTRATE JUDGE**

---

[1]  Petitioner indicates that the document was mailed to the court on May 26, 2005.