IN THE UNITED STATES DISTRICT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RONNIE JOE WHITE,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION 05-0197-WS-D |
| | ) |
| **WARDEN A. HOLT,** | ) |
| | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that petitioner's petition for habeas corpus relief be **DISMISSED** as time-barred.

**DONE** and **ORDERED** this 30th day of September, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE