IN THE UNITED STATES DISTRICT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RONNIE JOE WHITE,** )<br>)<br>  Petitioner, )<br>)<br>vs. )<br>)<br>**WARDEN A. HOLT,** )<br>)<br>  Respondent. ) | **CIVIL ACTION 05-0197-WS-D** |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be and is hereby **DISMISSED** as time-barred.

**DONE** and **ORDERED** this 30th day of September, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE